**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **In re:** | ) | Case No. |
| | ) | |
| | ) | Chapter |
| | ) | |
| | ) | Judge |
| **Debtors** | ) | |
| | ) | **PETITION FOR UNCLAIMED FUNDS** |
| | ) | **AND ORDER THEREON**[1] |

_____, the Petitioner, under penalty of perjury, declares that the following statements and information are true and correct:

1. _____, the Claimant, was due to receive a distribution from the estate of the Debtor in the above-captioned case in the amount of $_____.

2. The funds due Claimant were deposited with the Court by the Trustee pursuant to 11 U.S.C. § 347. A copy of the court order depositing the funds into the Treasury/Registry as unclaimed, or a copy of the receipt and attached list of parties entitled to the unclaimed funds, or other supporting documentation, is appended to this Petition.

3. If the current Claimant is not the original holder of the claim, a copy of the documentation of ownership is appended to this Petition. If applicable, this includes proof

---

[1] For purposes of this Petition and the attached Exhibit A, the following terms apply:
- "Claimant" means either (a) a party in the above-captioned case who was due to receive a distribution of funds from the estate of the Debtor, but which funds were instead deposited as unclaimed funds with the Court by the Trustee, or; (b) a person or entity that gained the rights of ownership of the original owner's claim.
- "Authorized Representative" means a person or entity given written authorization by the Claimant to file this Petition on behalf of the Claimant, or a person or entity serving as a duly authorized representative of the estate of a Claimant who is deceased. This includes but is not limited to an employee of the Claimant, a funds locator service, and an attorney-in-fact.
- "Petitioner" means either the Claimant or the Authorized Representative, or an attorney at law representing the Claimant or Authorized Representative.

of any sale of the company, new and prior owner(s), and a copy of the terms of any purchase agreement or stipulation by prior and new owners of right of ownership to the unclaimed fund. If the claim has been assigned, this includes copies of all documents evidencing assignment.

4. The Claimant's current name, address, and telephone number are:
Name:
Address:
Telephone Number:

5. The following checked statement applies:

   ❏ This Petition is being filed on paper, either by mail or in person. The Claimant's Tax ID/Social Security Number and other required documentation are being submitted separately with Exhibit A, and will be docketed by the Court as private docket events.

   ❏ This Petition is being filed electronically via the Court's Electronic Case Filing system. The Claimant's Tax ID/Social Security Number and other required documentation are being submitted separately as private docket events with Exhibit A.

6. The following checked statement applies:

   ❏ Petitioner is the Claimant.

   ❏ Petitioner is the Authorized Representative.

   ❏ Petitioner is an attorney at law representing the Claimant.

   ❏ Petitioner is an attorney at law representing the Authorized Representative.

   ❏ The above subparagraphs do not apply, but Petitioner is entitled to payment of such monies because (state basis for claim):
   _____
   _____
   _____

7. Upon sufficient inquiry, and upon Petitioner's information and belief, this claim has not been previously paid, no other petitions or requests for payment are pending, and there are no other parties other than Claimant entitled to these funds.

8. Petitioner understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment, or both, may be imposed if Petitioner has knowingly and fraudulently made any false statements in this document.

9. Petitioner has served a copy of the Petition for Unclaimed Funds and Order Thereon, Exhibit A, and all attached documents by regular U.S. Mail this ____ day of _____, _____ to the United States Attorney for the Northern District of Ohio, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113. The United States Attorney is allowed 10 days from the date of service to file an objection to payment of these funds.

10. WHEREFORE, pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2042, Petitioner requests that the Court issue an Order directing payment to the Claimant in the amount set forth in section 1, above, and that payment be forwarded to the Petitioner.

Respectfully submitted,

_____
Petitioner's Signature (Bar Number if Attorney)

_____

_____
Petitioner's Address

_____
Petitioner's Phone Number

IT IS SO ORDERED.

# # #

MONEY ORDER # 707209013
RECP # 144848

FILED

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

07 OCT 31 PM 3: 58

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| In re: | ) Case No. 93-10409 |
| | ) |
| ACTION AUTO RENTAL, INC. | ) |
| | ) Chief Judge Randolph Baxter |
| Debtor. | ) |
| ------------------------------------------------- | ) Chapter 11 |
| | ) |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Laurence V. Goddard, the Liquidation Trustee (the "Trustee") for the Action Auto Liquidation Trust (the "Trust"), successor-in-interest to Action Auto Rental, Inc. ("Action Auto" or the "Confirmed Debtor"), by and through his undersigned counsel, hereby provides notice of unclaimed funds, respectfully stating:

1. Laurence V. Goddard, Chapter 11 Trustee (the "Trustee") for the Action Auto Liquidation Trust (the "Trust"), successor-in-interest to Action Auto Rental, Inc. ("Action Auto" or the "Debtor") has fully administered this Estate.

2. Pursuant to the Court's *Amended Order Granting Chapter 11 Trustee's Motion for Authority to Make a Final Distribution in Respect of Remaining Claims Against the Estate* [Docket No. 236], the Trustee has submitted to the Clerk a summary of the Estate's Unclaimed Distributions, including a list that contains the names, addresses and amounts of the unclaimed funds, the name of the original claimant, and the reason the Trust's Final Distribution Check was not negotiated.

3. Further, pursuant to the Court's *Amended Order Granting Chapter 11 Trustee's Motion for Authority to Make a Final Distribution in Respect of Remaining Claims Against the Estate* [Docket No. 236], the Trustee has obtained, and delivered to the Clerk a bank check payable to the Clerk, U.S. Bankruptcy Court in the amount of $232,027.07 comprising the total of the Estate's Unclaimed Distributions.

Dated: October 31, 2007
Cleveland, Ohio

*[signature: Daniel A. DeMarco]*

Lee D. Powar (0033679)
Daniel A. DeMarco (0038920)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 3300
Cleveland, Ohio 44114-2301
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
E-Mail: ldpowar@hahnlaw.com
dademarco@hahnlaw.com
*Counsel for the Trustee*

**Final Claim Payment Report – Uncashed/Undeliverable**

Bankruptcy Claim #: 1258  Claimant: Robinson, Helen
Payee: Helen Robinson  Address 1: ATTN:DEBRA BUTTRAM,CREDIT DEPT
Address 2: P.O. BOX 111  Address 3:
City: TAMPA  State: FL  Zip Code: 33601-0111
Amount of check: $122.85  Check #: 9095  Date of check: 2/28/2007
Reason check was voided: Returned - invalid address

Bankruptcy Claim #: 1269  Claimant: Lee, Paul A.
Payee: Paul A. Lee  Address 1: P.O. Box 19724
Address 2:  Address 3:
City: Rochester  State: NY  Zip Code: 14619
Amount of check: $217.89  Check #: 9096  Date of check: 2/28/2007
Reason check was voided: Check neither returned nor cashed

Bankruptcy Claim #: 1282  Claimant: Patterson Safety Service
Payee: Harold Patterson d/b/a Petterson Safety Service  Address 1: 3300 OGDEN AVE
Address 2:  Address 3:
City: LISLE  State: IL  Zip Code: 60532
Amount of check: $30.3  Check #: 9102  Date of check: 2/28/2007
Reason check was voided: Returned - invalid address

Bankruptcy Claim #: 1287  Claimant: Atlantic Employers Insurance Co.
Payee: ATLANTIC EMPLOYERS INS. CO.  Address 1: C/O UHLINGER & KEIS
Address 2: 75 PUBLIC SQUARE, SUITE 800  Address 3:
City: CLEVELAND  State: OH  Zip Code: 44113
Amount of check: $1329.54  Check #: 9104  Date of check: 2/28/2007
Reason check was voided:

Bankruptcy Claim #: 1297  Claimant: Windsor Insurance a/s/o Rosalee Dupree
Payee: WINDSOR INSURANCE AND  Address 1: J STEPHEN MANKO, ESQ.
Address 2: 332 LAWRENCE STREET  Address 3:
City: MARIETTA  State: GA  Zip Code: 30060
Amount of check: $1418.18  Check #: 9105  Date of check: 2/28/2007
Reason check was voided: Returned - invalid address

Bankruptcy Claim #: 1303  Claimant: Metzger, Jane
Payee: Jane Metzger  Address 1: 517 DORIAN COURT
Address 2:  Address 3:
City: WESTFIELD  State: NJ  Zip Code: 07090
Amount of check: $3545.44  Check #: 9106  Date of check: 2/28/2007
Reason check was voided: Returned - invalid address

Bankruptcy Claim #: 1304  Claimant: Edelstein, Evelyn
Payee: EVELYN EDELSTEIN CRAWFORD  Address 1: 363 TOWN PLACE CIRCLE
Address 2:  Address 3:
City: BUFFALO GROVE  State: IL  Zip Code: 60089
Amount of check: $8863.6  Check #: 9107  Date of check: 2/28/2007
Reason check was voided: Returned - invalid address