# **EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

**In re:** ) **Case No.**
)
) **Chapter**
)
) **Judge**
**Debtors** )

<u>If Petitioner is an attorney at law</u>:
☐     Claimant's Tax ID/ Social Security Number is _____.


<u>If Petitioner is not an attorney at law</u>:
☐     Claimant's Tax ID/ Social Security Number is _____.

☐     If Petitioner is the Claimant, attach the following documents to Exhibit A:
 • Proof of identification. This includes a copy of either the Claimant's current driver's license, government ID card, passport, or state-issued ID card.
 • An affidavit of the Claimant attesting to the authenticity of the proof of identification.

☐     If Petitioner is an Authorized Representative of the Claimant, attach the following documents to Exhibit A:
 • Proof of identification. This includes a copy of either the Authorized Representative's current driver's license, government ID card, passport, or state-issued ID card.
 • An affidavit of the Authorized Representative attesting to the authenticity of the proof of identification.
 • Proof of the Authorized Representative's permission to file this Petition on behalf of the Claimant. This proof may be demonstrated by either an original power of attorney created by Claimant specifically naming the Petitioner as an Authorized Representative, or by an affidavit executed by a supervisory employee within the Claimant's business attesting to the authority of Petitioner to request unclaimed funds on behalf of the Claimant. If the Claimant is deceased, proof of authorization must include certified copies of probate documents substantiating the Authorized Representative's right to act on behalf of a deceased Claimant's estate.

_____
Petitioner's Signature (Bar Number if Attorney)

_____

_____
Petitioner's Address

_____
Petitioner's Phone Number